No. 155. ALLEN ET AL. *v.* CITY OF LONG BEACH ET AL.

*Per Curiam:* The motion for leave to file brief of American Federation of Labor is denied. The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Herbert S. Thatcher* for appellants. *Irving M. Smith* for appellees.

No. 166. CATES, TRADING AS GLORY BEE PRODUCTS, *v.* HADERLEIN, POSTMASTER OF CHICAGO.

*Per Curiam:* The petition for writ of certiorari is granted. Upon consideration of respondent's confession of error and the record, the judgment of the Court of Appeals is reversed and the case is remanded to the District Court with directions to vacate its order dismissing the complaint. *Joseph Rosenbaum* and *Alvin E. Stein* for petitioner. *Solicitor General Perlman* for respondent.

No. 205. WEINMANN *v.* McGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK dissents. *George T. Goggin* for appellant. *Solicitor General Perlman* for McGrath, Attorney General, appellee.